044379/19344/JNR/AR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CLIFFORD SANDERS, N-92511, | |
| Plaintiff, | |
| v. | Case Number 18-cv-3202-CSB |
| DR. FRANCIS KAYIRA, TIMOTHY ADESANYA, STEPHANIE HOWARD, WEXFORD HEALTH CARE SOURCE INC, | Judge Colin Stirling Bruce |
| Defendants. | |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, TIMOTHY ADESANYA, DR. FRANCIS KAYIRA and WEXFORD HEALTH SOURCES, INC., by and through their attorney, Alexandra N. Rice of CASSIDAY SCHADE LLP, and for their Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses, states as follows:

1.  On August 13, 2018, Plaintiff filed his Complaint pursuant to §1983. Doc. 1.

2.  Defendant Wexford and Defendants Adesanya and Kayira filed their Answer and Affirmative Defenses on November 21, 2018, and December 5, 2018, respectively. Doc. 27; Doc. 31.

3.  Defendants have recently learned Plaintiff and co-Defendant have entered into a settlement agreement to resolve the claim between them. See Doc. 69.

4.  Accordingly, Defendants request leave to file an Amended Answer and Affirmative Defenses *instanter* to add an affirmative defense for setoff. Said Amended Answer is attached hereto as Exhibit "A."

5. No prejudice would result to any party if this Motion was granted in its entirety. Plaintiff has no objection to Defendants' amendment but reserves the right to challenge any relief at the appropriate time.

WHEREFORE, Defendants request this Honorable Court grant Defendants leave to file their Amended Answer and Affirmative Defenses and for any other relief this Court deems appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Alexandra N. Rice
Attorneys for Defendant, TIMOTHY ADESANYA, DR. FRANCIS KAYIRA and WEXFORD HEALTH SOURCES, INC.

Alexandra N. Rice
ARDC No. 6312420
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
arice@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020, I electronically filed the foregoing Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Myron C. Grant
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago IL 60601
mgrant@atg.state.il.us

David J. Stein, Esq.
Masuda Funai Eifert & Mitchell Ltd.
203 North LaSalle Street
Suite 2500
Chicago IL 60601
(312) 245-7500
dstein@masudafunai.com

ADDITIONAL COUNSEL FOR PLAINTIFF:
Amelia A. Schwingle
Brady Connolly & Masuda
10 S. LaSalle Street, Suite 900
Chicago IL 60603

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Alexandra N. Rice

9505126 ARICE;ARICE